452 A.2d 34

In re Hudson.

Appeal of Clara I. Carl and Barbara Ann Hastings.

Argued May 24, 1982.   C. Wherry, for appellant;  Joseph A. Palmer, for appellee;  James A. Burgess, Jr., for Klenger, participating party.

Before BROSKY, WIEAND and BECK, JJ.

Order affirmed.

452 A.2d 556

McConeghy, Appellant v. Lipschutz, et al.
Reargument Denied Dec. 7, 1982.

Petition for Allowance of Appeal
Denied March 3, 1983.

Argued June 12, 1979.   Harris T. Bock, for appellant;  Richard K. Masterson, for appellees.

Before SPAETH, STRANAHAN and SUGERMAN JJ.*

The judgment of the court is affirmed.

* President Judge John Q. Stranahan, of the Court of Common Pleas of Mercer County, Pennsylvania, and Judge Leonard Sugerman, of the Court of Common Pleas of Chester County, Pennsylvania, are sitting by designation.